IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CLEVELAND POLICE PATROLMEN'S ASSOCIATION, ET AL. | ) ) ) | CASE NO.: 1:18-CV-00863 |
| | ) | JUDGE: CHRISTOPHER A. BOYKO |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| CITY OF CLEVELAND, ET AL., | ) ) | **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING** |
| Defendants. | ) | **ORDER/PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, Cleveland Police Patrolmen's Association, et al., by and through undersigned counsel, hereby respectfully move this Honorable Court for a temporary restraining order/preliminary injunction to enjoin the Defendants, the City of Cleveland, Director of Public Safety Michael McGrath, and Chief of Police Calvin Williams from pursuing discipline against the affected members of the CPPA in violation of the City of Cleveland Codified Ordinance(s) and the CPPA members constitutional rights, currently scheduled for April 17, 2018 at 10:00 a.m.

The Plaintiff's original Motion for a Temporary Restraining Order was filed in the Cuyahoga County Court of Common Pleas and scheduled for a hearing before the Honorable Michael P. Shaughnessy tomorrow morning, April 17, 2018 at 9:00 am in the underlying case number CV-18-896235. This hearing was scheduled prior to the Defendants requesting removal to this Honorable Court.

Unless restrained by Order of this Court, the affected CPPA members will suffer immediate and irreparable injury, loss, and other further damages. The Plaintiffs are without an adequate administrative or legal remedy to address the irreparable harm they currently are and will be suffering. In the interest of judicial economy, Plaintiffs incorporate herein by reference

1

their Complaint and Brief in Support of their Verified Complaint as the grounds upon which a Preliminary Restraining Order/Injunction should ultimately be granted. (R. 1-1, PAGE ID 4-18).

**WEREFORE**, Plaintiffs respectfully move this Honorable Court for a temporary restraining order/preliminary injunction to enjoin the Defendants, the City of Cleveland, the Director of Public Safety Michael McGrath, and Chief of Police Calvin Williams from conducting any pre-disciplinary hearings against the affected CPPA members or administering any disciplinary proceedings until this case can be heard on the merits.

Respectfully submitted,

/s/ Marisa L. Serrat
MARISA L. SERRAT (#0088840)
Attorney for the Plaintiffs
55 Public Square
2100 Illuminating Building
Cleveland, Ohio 44113
(216) 696-2150
(216) 696-1718- Fax
MserratLaw@gmail.com

### CERTIFICATE OF SERVICE

A copy of the foregoing was served upon all parties via the Court's electronic filing system this 16th day of April, 2018.

/s/ Marisa L. Serrat
MARISA L. SERRAT (#0088840)
Attorney for the Plaintiffs